**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KENNETH RAY HALL, ID # 1610047,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:14-CV-1986-D** |
| | ) | |
| **WILLIAM STEPHENS, Director,** | ) | |
| **Texas Department of Criminal** | ) | |
| **Justice, Correctional Institutions Division,** | ) | |
| **Respondent.** | ) | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the amended findings, conclusions, and recommendation of the magistrate judge, the court concludes that the amended findings and conclusions are correct. It is therefore ordered that the amended findings, conclusions, and recommendation of the magistrate judge are adopted, and this action is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the court.

**SO ORDERED**.

October 30, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE